## HASWELL *v.* POWELL, SECRETARY OF STATE OF ILLINOIS.

No. 1055.   Decided April 22, 1968.

*John C. Tucker* for appellant.

*William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Robert F. Nix,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## TIMES MIRROR CO. *v.* UNITED STATES.

No. 1162.   Decided April 22, 1968.

*Julian O. von Kalinowski* for appellant.

*Solicitor General Griswold, Assistant Attorney General Turner* and *Bernard M. Hollander* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE HARLAN would note probable jurisdiction and set the case for oral argument.